# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IOU Central, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Pezzano Contracting and Development, LLC, Vincent A. Pezzno, Arlene R. Pezzano, Vincent R. Pezzano, and Sara B. Pezzano, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:19-cv-4882-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 28th day of September, 2020.

                                                      JAMES N. HATTEN
                                                      CLERK OF COURT

                                        By:   s/ D. Barfield
                                                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 28, 2020
James N. Hatten
Clerk of Court

By:   s/ D. Barfield
        Deputy Clerk